UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDA ELISABETH ULLOA-SALGUERO,<br><br>               Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *NYC Director Enforcement & Removal Operations Immigration and Customs Enforcement (ICE)*, TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*, KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security*, and PAMELA BONDI, *in her Official Capacity as Attorney General, U.S. Department of Justice*,<br><br>               Respondents. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: _1/12/2026_<br><br><br>1:26-cv-216-MKV<br><br>ORDER TO ANSWER |

MARY KAY VYSKOCIL, United States District Judge:

Petitioner, through counsel, has filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, and an application for emergency relief [ECF Nos. 1, 2].

IT IS HEREBY ORDERED that the U.S. Attorney's Office shall respond by January 15, 2026.  Petitioner shall file reply papers, if any, by January 22, 2025.

The Clerk of Court respectfully is requested to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

**SO ORDERED.**

**Date:   January 12, 2026**
      **New York, NY**

                                 _____
                                 **MARY KAY VYSKOCIL**
                                 **United States District Judge**