UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDA ELISABETH ULLOA-SALGUERO,<br><br>Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *NYC Director Enforcement & Removal Operations Immigration and Customs Enforcement (ICE)*, TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*, KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security*, and PAMELA BONDI, *in her Official Capacity as Attorney General, U.S. Department of Justice*,<br><br>Respondents. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/19/2026<br><br>1:26-cv-216-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated January 21, 2026, the Court set a deadline of February 2, 2026 for Petitioner to file reply papers in further support of the Petition [ECF No. 12]. However, to date, no reply has been filed, nor has Petitioner advised the Court that she waives the opportunity to file a reply. Accordingly, IT IS HEREBY ORDERED that Petitioner shall file any reply by February 25, 2026. **Petitioner is on notice that failure to file a reply by that date will be deemed a waiver of the opportunity to do so.**

SO ORDERED.

Date: February 19, 2026
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**