**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

BRENDA ELISABETH ULLOA-SALGUERO,

Petitioner,

-against-

KENNETH GENALO, NYC Director Enforcement & Removal Operations Immigration and Customs Enforcement (ICE), TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, and TODD BLANCHE, in his Official Capacity as Acting Attorney General, U.S. Department of Justice,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 0216 (MKV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 17, 2026. the Petition is DENIED in its entirety; accordingly, the case is closed.

**DATED:** New York, New York
July 20, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**